IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAN DIEGO CATTLEMEN'S
COOPERATIVE ASSOCIATION, *et al.*,

    Plaintiffs,                                        No. CIV 14-818 RB/WPL

                                                     *consolidated with*

v                                                    No. CIV 14-887 RB/WPL

TOM VILSACK, SECRETARY, U.S.
DEPARTMENT OF AGRICULTURE, *et al.*,

    Federal Defendants.

## ORDER GRANTING STAY

THIS MATTER came before the Court on the December 7, 2015 "Unopposed Joint Motion for a Stay," ECF 58.  The Court finds the Joint Motion is well taken and GRANTS the requested stay.  Proceedings in these cases are stayed until at least May 31, 2015, at which time the Parties will advise the Court whether the stay should continue.  The Court will hold a Status Conference on March 15, 2016, at 8:30 a.m., so that Federal Defendants may update the Court on the status of the Forest Service's efforts to complete consultations pursuant to the Endangered Species Act for the livestock grazing allotments at issue in this litigation.  ECF No. 57.

    IT IS SO ORDERED.

                                                   _William P. Lynch_
                                                   William P. Lynch
                                                   United States Magistrate Judge

APPROVED AS TO FORM:

*For Federal Defendants:*

     /s/  Andrew A. Smith
Andrew A. Smith
U.S. Department of Justice

1

*For Plaintiffs in 14-cv-00818/Defendant-Intervenors in 14-cv-887:*

| | |
|---|---|
| \_\_\_\_\_/s/  Pete V. Domenici_____ | \_\_\_\_/s/  A. Blair Dunn_____ |
| Pete V. Domenici | A. Blair Dunn, Esq. |
| Domenici Law Firm | Western Agriculture, Resource and Business Advocates, LLP |

*For Plaintiff in 14-cv-00887/Defendant-Intervenor in 14-cv-818:*

\_\_\_\_\_/s/  Ashley D. Wilmes_____
Ashley D. Wilmes
WildEarth Guardians