# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

### Before the Honorable William P. Lynch, United States Magistrate Judge

### *Clerk's Minutes*

| | |
|---|---|
| **Case:** | San Diego Cattlemen's Coop. Assoc. et al. v. Vilsak et al. *consolidated with* WildEarth Guardians v. Tidwell et al. |
| **Case No.:** | 14cv818 RB/WPL *consolidated with* 14cv887 RB/WPL |
| **Date:** | June 16, 2016 |
| **Location:** | Telephonic |
| **Attorney for Plaintiff Cattlemen:** | Lorraine Hollingsworth |
| **Attorney for Plaintiff WildEarth:** | Stuart Wilcox |
| **Attorney for Defendants:** | Andrew Smith and Karen Grohman |
| **Clerk:** | mej |
| **Type of Proceeding:** | Status Conference |
| *Proceedings Commenced:* | 8:28 a.m. |
| *Court in Recess:* | 8:33 p.m. |
| Total Time: | **5 minutes** |
| **Proceedings:** | The parties agreed that they will be dismissing their respective cases, without prejudice, pursuant to Federal Rule of Civil Procedure 41. The Court will enter an order for closing documents to be filed within 60 days. |