# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SAN DIEGO CATTLEMEN'S
COOPERATIVE ASSOCIATION, *et al.*,

        Plaintiffs,                    No. CIV 14-818 RB/WPL

                                           *consolidated with*

        v                           No. CIV 14-887 RB/WPL

TOM VILSACK, SECRETARY, U.S.
DEPARTMENT OF AGRICULTURE, *et al.*,

        Federal Defendants.

---

## STIPULATION OF DISMISSAL IN NO. CIV 14-887 RB/WPL

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of all remaining claims in No. CIV 14-887 RB/WPL without prejudice.  The Parties further agree and stipulate that each Party will bear its own attorneys' fees and costs for this litigation.

Respectfully Submitted this 9th day of August, 2016,

**For Plaintiff in No. CIV 14-887 RB/WPL:**

 /s/  Stuart Wilcox (electronically approved 07/26/16)  
Stuart Wilcox
WildEarth Guardians

**For Federal Defendants in No. CIV 14-887 RB/WPL:**

     /s/  Andrew A. Smith  
Andrew A. Smith

U.S. Department of Justice

**For Defendant-Intervenors in No. CIV 14-887 RB/WPL:**

 _/s/ Pete V. Domenici_  (electronically approved 08/09/16)    __
Pete V. Domenici, Esq.
Lorraine Hollingsworth, Esq.
DOMENICI LAW FIRM

## CERTIFICATE OF SERVICE

        I hereby certify that on August 9, 2016, Federal Defendants filed the foregoing document through the United States District Court ECF System, causing it to be served by CM/ECF electronic filing on all counsel of record.

 /s/ Andrew A. Smith                                  __
ANDREW A. SMITH
U.S. Department of Justice